# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
*EX REL.* ANTHONY ROCK, : NO.: 15-cv-6464
:
    Plaintiff :
:
v. :
:
SUPPORT OF MICROCOMPUTERS :
ASSOCIATES, et al., :
:
    Defendants. :

## ORDER

AND NOW, this ___ ___ day of _____, 2019, following the United States filing of a Notice of Intervention for Purposes of Settlement, it is ORDERED that the Clerk of the Court shall unseal only the following documents:

1. The United States' Notice of Intervention for Purposes of Settlement;

2. The relator's complaint;

3. This Order; and

4. All documents filed after the filing of the United States' Notice of Intervention.

All other papers or Orders on file in these matters as of the date of this Order shall remain under seal.

BY THE COURT:

_____
PETRESE B. TUCKER
*Judge, United States District Court*

# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLAINTIFF UNDER SEAL, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 15-cv-6464 |
| DEFENDANT UNDER SEAL | : |
| Defendant | : |

## UNITED STATES' NOTICE OF INTERVENTION
## FOR PURPOSES OF SETTLEMENT

WILLIAM M. McSWAIN
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

PAUL W. KAUFMAN
Assistant United States Attorney
United States Attorney's Office
Suite 1250
615 Chestnut Street
Philadelphia, PA 19106
(215) 861-8579

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* ANTHONY ROCK, | NO.: 15-cv-6464 |
| Plaintiff | **FILED UNDER SEAL** |
| v. | |
| SUPPORT OF MICROCOMPUTERS ASSOCIATES, et al., | |
| Defendants. | |

## UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

1. The United States hereby intervenes in this action for the purposes of settlement, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

2. Under the terms and conditions of a settlement agreement among the parties, the United States will file a Motion for Judgment in this action concurrent with this Notice.

3. The United States respectfully requests that the Court enter the attached Order relating to the seal in this action.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

PAUL W. KAUFMAN
Assistant United States Attorney

DATE: June 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy United States' Notice of Intervention for Purposes of Settlement was sent by United States mail, postage prepaid, to the following:

        Christopher Loveland, Esq.
        Sheppard Mullin
        2099 Pennsylvania Avenue, NW, Suite 100
        Washington, DC 20006-6801

        *s/ Paul W. Kaufman*
        Paul W. Kaufman
        Assistant United States Attorney