# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
*EX REL.* ANTHONY ROCK,

    Plaintiff

v.

SUPPORT OF MICROCOMPUTERS
ASSOCIATES, et al.,

    Defendants.

NO.: 15-cv-6464

**FILED**
JUN 2 7 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 27th day of June, 2019, following the United States filing of a Notice of Intervention for Purposes of Settlement, it is ORDERED that the Clerk of the Court shall unseal only the following documents:

1. The United States' Notice of Intervention for Purposes of Settlement;
2. The relator's complaint;
3. This Order; and
4. All documents filed after the filing of the United States' Notice of Intervention.

All other papers or Orders on file in these matters as of the date of this Order shall remain under seal.

BY THE COURT:

_____
PETRESE B. TUCKER
*Judge, United States District Court*