UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* ANTHONY ROCK, | NO.: 15-cv-6464 |
| Plaintiff | |
| v. | |
| SUPPORT OF MICROCOMPUTERS ASSOCIATES, et al., | FILED<br>JUN 28 2019<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |
| Defendants. | |

## UNITED STATES' CONSENT MOTION TO ENTER JUDGMENT

Plaintiff United States of America ("the government") requests that the Court enter consent Judgment. In support of this Joint Motion, the parties assert as follows:

1. This is a *qui tam* suit brought by relator Anthony Rock pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733.

2. As described more fully in the Complaint, defendant allegedly SOMA allegedly sold non-conforming goods to United States agencies including the Department of Defense in violation of the Trade Agreements Act, 19 U.S.C. § 2501, *et seq.*, and its implementing regulations. .

3. Defendant SOMA and the United States agreed to settle the claims in the Complaint pursuant to the covered conduct defined in the attached Settlement Agreement, and SOMA consents to the entry of judgment in paragraph 1 of that Settlement Agreement.

4. The United States has intervened for purposes of settlement in this matter.

5. As the Settlement shows, the relator consents to the entry of judgment and dismissal of this action.

6. In paragraph 6 of the Settlement Agreement, relator agrees to voluntary dismissal of this action with prejudice as against all defendants other than SOMA.

WHEREFORE, the United States respectfully requests that the Court:

1. Enter judgment by consent in the amount of $300,000 in favor of the United States and against defendant Support of Microcomputers Associates, Inc. as the final judgment in this case;

2. Enter relator's voluntary dismissal of the action with prejudice as against all defendants other than SOMA; and

3. Once the judgment and dismissal are entered, mark this case be CLOSED for statistical purposes.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

PAUL W. KAUFMAN
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

*Counsel for Plaintiff United States of America*

Dated: June 28, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy United States' Consent Motion to Enter Judgment was sent by United States mail, postage prepaid, to the following:

>Christopher Loveland, Esq.
>Sheppard Mullin
>2099 Pennsylvania Avenue, NW, Suite 100
>Washington, DC 20006-6801

>*s/ Paul W. Kaufman*
>Paul W. Kaufman
>Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* ANTHONY ROCK, | NO.: 15-cv-6464 |
| Plaintiff | |
| v. | |
| SUPPORT OF MICROCOMPUTERS ASSOCIATES, et al., | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the United States' Motion to Enter Consent Judgment Consent Judgment, it is ORDERED that the Joint Motion is GRANTED. The Clerk of the Court shall enter Judgment in favor of the United States and against defendant Support of Microcomputers Associates, Inc. in the amount of $300,000 as the final JUDGMENT in this action.

It is FURTHER ORDERED that the matter is voluntarily dismissed -- with prejudice as to the relator and without prejudice as to the United States as against defendants other than Support of Microcomputers Associates, Inc.

It is FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
PETRESE B. TUCKER
*Judge, United States District Court*