IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* ANTHONY ROCK, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : 15-6464 |
| SUPPORT OF MICROCOMPUTERS ASSOCIATES, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this __17th__ day of July, 2019, upon consideration of the United States' Motion to Enter [Consent] Judgment (ECF No. 20), which was submitted jointly by the Parties, **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED** as follows:

1. The Clerk of Court shall enter judgment in favor of the United States and against Defendant Support of Microcomputers Associates, Inc. in the amount of $300,000.00, which shall constitute **FINAL JUDGMENT** in this case;

2. The Court accepts Relator Anthony Rock's voluntary dismissal of this case with prejudice as against all defendants other than Defendant Support of Microcomputers Associates, Inc.; and

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**